# EXHIBIT A

ELECTRONICALLY FILED
10/1/2019 4:56 PM
03-CV-2019-901829.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number:<br>03<br><br>Date of Filing:<br>10/01/2019 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### CECIL M TIPTON JR v. HYUNDAI ENGINEERING AMERICA, INC

**First Plaintiff:** ☐ Business   ☑ Individual      **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other        ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
      Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
      Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER
                         DISTRICT COURT

            R ☐ REMANDED            T ☐ TRANSFERRED FROM
                               OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES  ☑ NO    **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

| **ATTORNEY CODE:**<br>PAR016 | 10/1/2019 4:56:41 PM<br>Date | /s/ CHARLES NICK PARNELL III<br>Signature of Attorney/Party filing this form |
|---|---|---|

**MEDIATION REQUESTED:**   ☐ YES  ☑ NO   ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES  ☐ NO

ELECTRONICALLY FILED
10/10/2019 4:56 PM
03-CV-2019-901829.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

CECIL M. TIPTON, JR., Chapter 7 Trustee of ) <br>
Novan Construction, Inc., )

    Plaintiff, )

vs. )    **CASE NO.**

HYUNDAI ENGINEERING AMERICA, INC., ) <br>
a foreign corporation, )

    Defendant. )

## COMPLAINT

Plaintiff Cecil M. Tipton, Jr., Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Novan Construction, Inc. ("Novan"), by and through his undersigned counsel, hereby avers for his complaint against Hyundai Engineering America, Inc. (the "Defendant"), upon knowledge as to his own actions and upon information and belief as to the actions of others as follows:

## I. JURISDICTION AND VENUE

1.    The Circuit Court of Montgomery County, Alabama has jurisdiction to hear and determine Plaintiff's claims of breach of contract, quantum meruit, unjust enrichment, account stated and fraudulent misrepresentation.

2.    Venue is proper in this court due to the fact that the Defendant has its main offices in the state of Alabama located in Montgomery County. Furthermore, the facts and circumstances of this case occurred primarily in Montgomery County, Alabama. The amount in controversy exceeds $10,000.00. Hence, the Montgomery County Circuit Court has jurisdiction to hear the Plaintiff's claims and is the proper venue to do so.

## II. THE PARTIES

3.    Plaintiff is Cecil M. Tipton, Jr., who is the duly appointed and serving Chapter 7 Trustee for the bankruptcy case of Novan Construction, Inc., a corporation, which case was filed and is now pending in the United States Bankruptcy Court for the Middle District of Alabama, case number 18-80804. Plaintiff brings this case in his official capacity of Trustee of the Novan

bankruptcy estate.

4.     Upon information and belief, Hyundai Engineering America, Inc. ("Hyundai Engineering") is, and at all relevant times was, a California corporation registered in and authorized to conduct business in the state of Alabama. Secretary of State business ID number 924-972. Upon information and belief, Hyundai Engineering has a local physical office address of 700 Hyundai Blvd., Montgomery, Alabama 36105 and a corporate address of 111 Peters Canyon Road, Irvine, California 92606. According to the records of the Alabama Secretary of State the registered agent for service for Defendant is National Registered Agents, Inc., who has a service address of 2 North Jackson Street, Montgomery, Alabama 36104.

## III. FACTUAL ALLEGATIONS

5.     Novan Construction, Inc. ("Novan") was a construction company who previously served as general contractor or as a special contractor on various commercial construction jobs in counties throughout the Central Alabama area. Novan primarily performed work for the Korean automotive industries located through Central Alabama.

6.     Defendant is an engineering firm whose corporate offices are in Irving, California but who has local offices in Montgomery, Alabama.

7.     In April of 2017, Defendant requested a construction proposal from Novan to build or substantially remodel a stamping shop located at the Hyundai Automobile Plant in Montgomery, Alabama. The scope of the work included site preparation, construction of the building and all finishing work. Based on best information and belief Defendant had contracted with Hyundai Motor Manufacturing Alabama, LLC ("HMMA") to serve as the general contractor for the project and to oversee the construction of the stamping shop for and on behalf of HMMA. The said building was to be constructed at the Montgomery, Alabama automobile manufacturing plant owned and operated by HMMA. All of the business transactions between Novan and HMMA were solely with Defendant. Plaintiff currently has no information regarding the relationship between Defendant and HMMA as it relates to the construction of the stamping shop building, nor does Plaintiff know how much money HMMA has heretofore paid Defendant for the completed project.

8.     On or after April 13, 2017, Novan submitted a written proposal to Defendant for the scope of the work that had been discussed as of that date. A copy of said proposal is attached hereto and made a part hereof as Exhibit "A". The proposal required Defendant to pay approximately $1,370,000.00 for the construction project.

9.     After reviewing the proposal submitted by Novan, Defendant signed a purchase order and authorized Novan to start work immediately pursuant to the scope of work as outlined in the original proposal. The contract regarding the construction project was solely between Novan and the Defendant as the signed purchase order clearly reflects.

10.    Over the course of the construction project Defendant requested four (4) substantial change orders adding additional items to the building requiring substantial additional work and expense on the part of Novan. Documentation regarding the said change orders is attached hereto collectively as Exhibit "B".

11.    After each change order was requested by authorized officers, agents or employees of Defendant, Novan undertook to do the work necessary to complete the change order. Constantly and repeatedly agents and employees of Defendant continued to insist that Novan continue work on the project, including the change order work, but refused to discuss any financial details of the additional expense in labor and materials Novan was incurring due to the change orders. Plaintiff would allege that representatives of Defendant and the President of Novan had several meetings regarding this issue and at each meeting representatives of Defendant constantly demanded that Novan continue to do the work first and promised that Defendant would make satisfactory arrangements to fairly compensate Novan at a later date. Plaintiff would contend that the Defendant intentionally and willfully misrepresented to Novan that it would actually pay Novan for the additional work and expense required to complete the work required by the change orders and induced Novan to continue to work and incur substantial expense as a result. Defendant never offered to pay or actually paid any money to Novan for the considerable expense that Novan incurred in the change orders. As a result of the Defendant's refusal to compensate Novan for all of its work, including the change orders, Novan was unable to continue in business, had to shut it doors and

eventually file a Chapter 7 bankruptcy case. At the time Novan ceased work it had completed nearly all of the work contemplated by the original contract, and in addition nearly all of the work contemplated and required by the four (4) change orders.

12. Based on best information and belief the building was eventually approved by all county and city inspectors and a certificate of occupancy was issued allowing HMMA to move into and occupy the building.

13. Currently HMMA is utilizing the building at its Montgomery manufacturing plant. Neither Defendant nor HMMA has made any written disputes regarding Novan's work.

14. As a result of the Defendant's willful and intentional failure to pay Novan the cost in materials and labor Novan incurred in completing the change orders, Novan became unable to pay its bills and operating expenses. As a result, Novan was forced to file a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Alabama on June 11, 2018. The case was assigned case number 18-80804 (the "bankruptcy case"). As stated above, Plaintiff Cecil M. Tipton, Jr. was duly appointed and is currently serving as the Chapter 7 Trustee of the bankruptcy estate (the "estate").

15. In its petition and schedules, Plaintiff listed total debts and liabilities owed to creditors in the amount of $1,606,069.47. A copy of Schedules E and F of the bankruptcy petition listing the creditors and the amount of their estimated liability are attached hereto and made a part hereof as Exhibit "C".

16. Notice was given by the bankruptcy court to creditors of the estate to file claims. As of the filing of this complaint a total of 15 claims have been filed totaling $803,872.98.

17. At the conclusion of the project Defendant had failed to pay Novan a total of $1,206,829.33 in costs and expense incurred by Novan in finishing the construction project including the work encompassed in the four (4) change orders. Novan made repeated demands on the Defendant to pay said amount but Defendant failed and refused to do so and has continued to refuse to pay the remaining balance due Debtor at this time.

18. Trustee, through its attorneys, made demand upon Defendant to pay the amount due

Debtor but no payment has been forthcoming.

19.      The failure and refusal of the Defendant to pay the proper amount due the Debtor caused the Debtor to be unable to pay its suppliers, its employees and other operating expenses and therefore caused Novan to close its business and file a Chapter 7 bankruptcy case.

20.      Trustee would claim breach of contract damages in an amount determined to be fair and equitable by this court to compensate the creditors of the Novan bankruptcy estate for said intentional and willful actions on the part of the Defendant.

21.      Plaintiff would contend that if the Defendant is not required to pay Novan the fair and reasonable amount of the work completed by Novan, including the work and expense of the change orders, then the Defendant would be unjustly enriched. Plaintiff would contend based on best information and belief that Defendant was paid a substantial amount by Hyundai Motor Manufacturing of Alabama, the owner of the constructed building. Plaintiff would further contend that Defendant would be unjustly enriched at the expense of Novan's creditors who provided materials and supplies to Novan to complete the work for which Defendant has been paid.

22.      Trustee would claim pre judgment interest under Alabama law at the statutory rate of 6% pursuant to Title 8-8-1 Code of Alabama 1975 on the amount of its debt beginning October 31, 2017 until the date of any judgment entered in this case. As of September 30, 2019, Plaintiff would allege a total of $138,667.62 has accrued in pre-judgment interest ($1,206,829.33 x 6% ÷ 365 days = per diem of $198.38 x 699 days from November 1, 2017 to October 1, 2019 = $138,667.62).

23.      Novan completed nearly all of its contractual obligations under the construction contract.

24.      The Defendant breached the contract between the parties by failing to pay over to the Debtor the money that was owed in the amount of $1,206,829.33.

## IV. COUNT I CLAIM FOR RELIEF
### (Breach of Contract)

25.      The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

26.      Defendant entered into a construction contract or agreement with Debtor whereby

Debtor was to construct a stamping shop building at the HMMA automobile manufacturing plant in Montgomery, Alabama in exchange for which the Defendant agreed to pay a certain sum to Novan.

27.     During the construction process the Defendant requested four (4) separate and distinct change orders increasing the scope of the work and therefore the time, labor and expense of Novan. A summary of the debits and credits relating to the job is attached hereto as Exhibit "D".

28.     Novan completed substantially all of the work in the construction project, including all work encompassed by the four (4) change orders. As a result of the work and considerable expenses contributed by Novan, HMMA was able to occupy the building and use it due to the fact that all state and city building inspectors approved the building and issued a certificate of occupancy.

29.     HMMA is occupying the building at this time and has not made or presented any objections, complaints or disputes regarding Novan's construction work. Likewise, neither Novan nor Trustee has received any complaints or written disputes from either Defendant or HMMA concerning the work performed by Novan or the amount of the debt claimed herein.

30.     Despite receiving bills and written demands requesting payment and not disputing those bills, in writing or otherwise, Defendant has failed to make full payment of the amount owed to Novan.

31.     Novan substantially fulfilled all of its obligations under the contract with Defendant, and only stopped work when the project was nearly finished due to the willful failure of the Defendant to pay Novan money it was due. The Defendant breached the contract. Novan was damaged by Defendant's failure to pay the rendered construction services in the amount of $1,206,829.33. Defendant has been benefitted unjustly by inducing Novan to contribute substantial labor and materials to the construction project so that it could be finished and the building turned over to HMMA.

32.     Plaintiff would claim statutory interest on said amount from November 1, 2017 to the date of any judgment entered by this court. As of September 30, 2019 pre-judgment interest in the amount of $138,667.62 has accrued.

33.   Trustee would claim consequential damages caused to Novan by the Defendant's failure to pay this debt.

## V.  COUNT II CLAIM FOR RELIEF

### (Quantum Meruit)

34.   The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

35.   Novan contributed work, labor and materials of a value of $2,300,000.00 to complete the HMMA Stamping Shop Building.

36.   Novan has only been paid $1,100,000.00 to compensate it for this work, labor and materials expensed.

37.   Defendant has been unjustly enriched and benefitted from the contribution Novan made to the completion of the construction project.

38.   Novan is legally and equitably due to be paid $1,206,829.33 as the reasonable value of its work, labor, materials and contributions to finishing the HMMA Stamping Shop Construction project.

## VI.  COUNT III CLAIM FOR RELIEF

### (Unjust Enrichment)

39.   The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

40.   Novan contributed work, labor and materials of a value of $2,300,000.00 to complete the HMMA Stamping Shop Building in Montgomery County, Alabama. Novan did said work as a subcontractor of Defendant.

41.   Novan has only been paid $1,100,000.00 to compensate it for this work, labor and materials expensed.

42.   Defendant has been paid a substantial amount by HMMA for the value of its work, including the work and materials furnished by Novan, and has retained said funds for its own use.

43.   If Defendant is allowed to retain said funds Defendant will be unjustly enriched at the expense of Novan and its creditors who supplied work, labor and materials to complete the HMMA job.

## VII. COUNT IV CLAIM FOR RELIEF

### (Account Stated)

44. The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

45. Plaintiff claims of the Defendant the principal sum of $1,206,829.33 plus interest of $138,667.62 due on account stated on to-wit: November 1, 2017.

46. Plaintiff demands judgment against the Defendant for the sum of $1,345,496.95 plus interest and costs, plus additional pre-judgment interest accruing on or after October 1, 2019.

## VIII. COUNT V CLAIM FOR RELIEF

### (Fraudulent Misrepresentation)

47. The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

48. Throughout the construction phase of the HMMA Stamping Shop Building Defendant, acting by and through its authorized officers, agents and employees, requested Novan make four (4) substantial change orders to the original construction contract. Defendant, through those agents, employees and authorized agents, continually promised the President of Novan that the company would be fairly paid and compensated for the work and materials required to complete the change orders. The Defendant refused to sign any written change order request but continued to insist and threaten Novan that if it did not continue the work and complete the change orders there would be consequences.

49. Novan continued to do the work, including providing the labor and materials to complete the change orders, under the understanding that Defendant would fairly compensate Novan when the project was complete.

50. Plaintiff would contend that the Defendant, through its officers, employees and authorized agents, willfully and intentionally misrepresented to Novan its true intentions and that Defendant never intended to fairly compensate Novan for the scope of work required by the change orders and the materials that would be needed for that scope of work.

51. Defendant's fraudulent misrepresentations induced Novan to continue to work on the

project, purchase materials from Novan's creditors who provided said materials in good faith.

52.    Defendant willfully and intentionally refused to pay Novan for the scope of work and the materials required to complete the scope of work of the change orders, and failed to pay Novan timely as the construction proceeded causing Novan to have financial problems, all of which in turn caused Novan to have to file bankruptcy.

53.    Novan's creditors have been significantly damaged by the false misrepresentations of Defendant and have been deprived of the value of the materials that said creditors provided to Novan which were in turn incorporated into the HMMA Stamping Shop project.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, on behalf of the Novan bankruptcy estate, requests the court enter judgment in his favor against the Defendant awarding $1,206,829.33, pre-judgment interest through September 30, 2019 of $138,667.62, additional pre-judgment interest from October 1, 2019 to the date of any judgment entered in this case, consequential damages for the Defendant's intentional breach of contract as the court deems just and proper, and any and all such other relief to which Plaintiff is entitled. Alternatively, Plaintiff requests the court enter judgment against the Defendant for the sum of $1,345,496.95 based on an account stated, quantum meruit or to prevent the Defendant from being unjustly enriched. Finally, Plaintiff demands judgment against the Defendant for a sum determined by the trier of fact including punitive damages for the intentional, willful, and false and fraudulent misrepresentations made by the Defendant's employees which caused significant harm to Novan.

Respectfully submitted,

PARNELL & PARNELL, P.A.

/s/ Charles N. Parnell, III
By:    CHARLES N. PARNELL, III
Attorney for Plaintiff

OF COUNSEL:
PARNELL & PARNELL, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200



**HYUNDAI ENG AMERICA INC.**
HMMA Facility Maintenance
BILL TO: 111 Peters Canyon Road. Irvine. CA 92606
SHIP TO: HMMA
      700 Hyundai Boulevard Montgomery. AL 36105
TEL: 334-322-2901      FAX:

| P.O. NUMBER |
|---|
| PUR-H-FM-F301 |
| **T.R. NUMBER** |
| TR-F170328-01 |

| SUPPLIER INFORMATION | SHIP TO ADDRESS | DATE OF ORDER |
|---|---|---|
| SUPPLIER:   Novan Construction | 700 Hyunday Blvd. Montgomery. AL 36105 | 2017-04-13 |
| ATTN:   Sang E. Jun / Minsuk Kim | CONTACT | REQUIRED BY DATE |
| PHONE: 678-855-1777 / 334-209-5119 | Young zu Oh 334-782-3994 | 2017-09-30 |

Project  Architecture & Civil Work at HMMA Stamping shop Die Storage Expansion

| ITEM | DESCRIPTION | UNIT | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | All Steel Structure work | | 1 | $1,370,000.00 | $1,370,000.00 |
| 2 | Foundation & Underground & Civil work | | | | |
| 3 | All Architecture work | | | | |
| 4 | Plumbing & Ventilation work for Restroom. | | | | |
| 5 | All Demolition work | | | | |
| 6 | Erosion control & safety management | | | | |
| | | | | **TOTAL** | $1,370,000.00 |
| | | | | **Grand Total** | $1,370,000.00 |

| NOTICE TO VENDOR | PAYMENT TERMS | TAX EXEMPT |
|---|---|---|
| 1. PLEASE MAIL ALL INVOICES IN DUPLICATE. | Refer to conditions below | |
| 2. P.O. NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, ETC. | OTHER INSTRUCTIONS | |
| 3. PLEASE ENCLOSE ITEMIZED PACKING LIST WITH EACH SHIPMENT. | | |
| 4. ALL MATERIALS FURNISHED ARE SUBJECT TO INSPECTION AND TEST. | TO FOLLOW THE TERMS & CONDITIONS HERI | |
| 5. MATERIALS BACK-ORDERED OR CANCELLED MUST SHOW ON INVOICE. | | |
| 6. EACH ORDER MUST HAVE A SEPARATE INVOICE. | | |
| 7. ADVISE PROMPTLY IF UNABLE TO SUPPLY GOODS ORDERED. | | |

**CONDITIONS**

- Refer to the On-site orientation documents(RFQ)

| Client | Seller/Contractor |
|---|---|
| Signed By | Signed By |
| Printed Name   Young zu Oh | Printed Name   Sang Eun Jun |
| Title   Senior Manager | Title   President |
| Date   4-14-2017 | Date   4/14/2017 |

HYUNDAI ENG AMERICA, INC.



# Change Order 1



| | |
|---|---|
| **CO Date** : November 2, 2017 | |
| **Project Name** : 1704HD2 HMMA Stamping Shop Expansion | |
| **Total** : $302,779.47 | |

Post Office Box 1843
Auburn, AL 36831
Main (334) 209-5119
Fax (334) 649-6308
Info@novanconstruction.com

| **TO** | **CONTACT** | | **PROJECT LOCATION** | **COMPLETION DATE** |
|---|---|---|---|---|
| Hyundai Engineering America | **Name:** | Youngju Oh | HMMA | TBD |
| 700 Hyundai Blvd | **Phone:** | (334) 782-3994 | 700 Hyundai Blvd | **PROJECT NO.** |
| Montgomery, AL 36105 | **Email:** | oyj6160@yahoo.co.k | Montgomery, AL 36105 | 1704HD2 |
| (334) 782-3994 | | | | Change Order 1 |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Bolt | $ | 2,391.70 |
| Civil | $ | 93,024.68 |
| Utility | $ | 19,586.73 |
| Labor | $ | 21,769.00 |
| Line F | $ | 29,108.00 |
| Removing Grass | $ | 14,119.00 |
| Saw Cut | $ | 4,290.00 |
| Add Bridging | $ | 38,998.17 |
| Column Spec | $ | 29,232.06 |
| Covering Work | $ | 40,999.45 |
| Equipment | $ | 9,266.68 |
| ***Exclude Change Order for SeongKwang | | |
| (CO No. SK1-1 $9,900.00 and CO No. PH1-004CO $19,013.50) | | |
| **GRAND TOTAL** | $ | 302,779.47 |

Novan had requested Change Order on August 15, 2017, but we are still waiting for approval.

Accordingly, there is a great difficulty in construction.

Please review document of change order, and we would appreciate your prompt reply.

Thank you.

Novan Construction, Inc.
Post Office Box 1843
Auburn, AL 36831

1

# Change Order 2



**CO Date** : November 2, 2017
**Project Name** : 1704HD2
**Toal** : $434,509.00

Post Office Box 1843
Auburn, AL 36831
Main (334) 209-5119
Fax (334) 649-6308
Info@novanconstruction.com

| TO | CONTACT | | PROJECT LOCATION | COMPLETION DATE |
|---|---|---|---|---|
| Hyundai Engineering America | Name: | Youngju Oh | HMMA | TBD |
| 700 Hyundai Blvd | Phone: | (334) 782-3994 | 700 Hyundai Blvd | PROJECT NO. |
| Montgomery, AL 36105 | Email: | uyj6160@yahoo.co.kr | Montgomery, AL 36105 | 1704HD2 |
| (334) 782-3994 | | | | Change Order 2 |

The reason of Schedule Delay:

1. SeongKwang used crane for removing pipe for 3 days before shut down period.
   (여동시 따운기간 중 송강이 파이프 제가로 인해 3일인 사용)

2. Utility and Pipe works by Seongkwang delayed 8 days.
   (여유 및 따운 기간 중 상태 인제 송강의 공사 지연으로 인해 8일)

3. Seongkwang used crane through novan account, and Seongkwang did not pay due to bankruptcy.
   Therefore, crane company stopped to operate the crane. Because of that, Novan could not work for 7 days.
   (송강 업체의 파산으로 송강이 사용한 크레인 비용이 미지급됨.
   그로 인해 크레인회사측에서 Operator와 크레인 중단으로 크레인 운영 불가함으로 7일 손해)

4. Delayed by weather (rainning and storms)
   (비오는 날 일수 35일)

5. Delayed for processing and not approving change order, SBY quit the work then Novan had to be find other steel company.
   It took around 7 days.
   (체인지오더 진행 지연으로 SBY 철부림철 공사 포기, 다른 철물업체 선정으로 7일 손해)

We would like to request overhead, equipment, and labor for 2 months of delayed schedule and 1.5 months of future working.

| | | |
|---|---|---|
| Overhead (3.5 months) | $ | 76,475.28 |
| Equipment (3.5 months) | $ | 62,845.41 |
| Labor (3.5 months) | $ | 295,188.31 |
| **Total:** | $ | 434,509.00 |

# Change Order 3



**CONSTRUCTION**

Post Office Box 1843
Auburn, AL 36831
Main (334) 209-5119
Fax (334) 649-6308
info@novanconstruction.com

CO Date          : November 2, 2017
Project Name   : 1704HD2 HMMA Stamping Shop Expansion
Toal              : $65,169.50

| TO | CONTACT | | PROJECT LOCATION | COMPLETION DATE |
|---|---|---|---|---|
| Hyundai Engineering America | Name: | Youngju Oh | HMMA | TBD |
| 700 Hyundai Blvd | Phone: | (334) 782-3994 | 700 Hyundai Blvd | PROJECT NO. |
| Montgomery, AL 36105 | Email: | byj6160@yahoo.co.kr | Montgomery, AL 36105 | 1704HD2 |
| (334) 782-3994 | | | | Change Order 3 |

| | | |
|---|---|---|
| Wall Panel Unloading | $ | 12,320.00 |
| Trench and Pit | $ | 21,279.50 |
| Cat Walk and Stair | $ | 31,570.00 |
| **Total:** | **$** | **65,169.50** |

Wall Panel 작업은 선 공사 후 Change Order 인정한다고 했는데 아직 답변을 못 받고 있습니다.
Change Order에 대한 진행이 지급처럼 원활하게 진행되지 않으면 추후에 같은 문제가 생길 것 입니다.
따라서 추후에 하게 될 Die Wash Station & Cat Walk and Stair 공사계획에 차질있음을 우려됩니다.

Hyundai was supposed to approve change order for wall panel after starting the work.

However, we are still waiting for approval of change order.

If process of change order does not go smoothly, as the following problem may occur in the future.

Therefore, Novan is concerned about construction planning of Die Wash Station & Cat Walk and Stair in the future.

Novan Construction, Inc.
Post Office Box 1843
Auburn, AL 36831

1

# Change Order 4



**CO Date** : November 2, 2017
**Project Name** : 1704HD2 HMMA Stamping Shop Expansion
**Toal** : $46,371.36

Post Office Box 1843
Auburn, AL 36831
Main (334) 209-6119
Fax (334) 649-6308
info@novanconstruction.com

| TO | CONTACT | | PROJECT LOCATION | COMPLETION DATE |
|---|---|---|---|---|
| Hyundai Engineering America | Name: | Youngju Oh | HMMA | TBD |
| 700 Hyundai Blvd | Phone: | (334) 782-3994 | 700 Hyundai Blvd | PROJECT NO. |
| Montgomery, AL 36105 | Email: | oyj6160@yahoo.co.kr | Montgomery, AL 36105 | 1704HD2 |
| (334) 782-3994 | | | | Change Order 4 |

Deliver Joists at least 2-3 weeks before shut down (Shut Down starts on July 1, 2017):

Novan had requested a quotation of joists to New Millenium. (Quotation amount: $30,480.00)
They said it takes 6 weeks of drawings, 3 weeks for qui for approval, and 10 weeks for fabrication and delivery. The total lead time is 19 *** They do not paint primer Joists in white.
If Novan tried to order joists as quickly as possible on April 13, they would deliver the products on August 24.
Novan just figured that Seongkwang could not work for utility and pipe works during shut down period.

Therefore, we had requested a quotation Koryo Steel in Korea after discussion with HMMA and HEA. (Quotation amount: $47,241.67)
We ordered joists on April 22, and they finished to produce the joists on May 5.
Glovis which is shipping company, they deliver the joists to Hyundai from Korea on June 9.

As Hyundai requested, Novan ordered products and completed the joist work in time.
Therefore, Novan paid additional and unexpected cost because of this condition.

| | | |
|---|---|---|
| Koryo Steel | $ | 16,761.67 |
| Glovis | $ | 29,609.69 |
| Total: | $ | 46,371.36 |

Novan Construction, Inc.
Post Office Box 1843
Auburn, AL 36831

**EXHIBIT**

10/12/18 11:10AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Novan Construction, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF ALABAMA |
| Case number (if known) | **18-80804** |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Wilbert Eduardo Arias**<br><br>**Hoover, AL 35216** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,731.35** | **$4,731.35** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**
3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABC Supply Co., Inc.**<br><br>**Montgomery, AL 36116**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **subcontractor, Hyundai project**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$792.36** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas USA, LLC**<br>**c/o CT Corporation System**<br><br>**Montgomery, AL 36104**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **subcontractor, Hyundai projects**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$202.94** |

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Alabama Dumpster Service, LLC**
c/o LaDon Dansby
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Hope Hull, AL 36043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**Arbon Equipment Corproation**
c/o National Registered Agents, Inc.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$20,240.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, 2nd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Archline Construction Group, Inc.**
c/o Andrew S. Yi
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$42,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, 2nd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Archline Construction Group, Inc.**
c/o Andrew S. Yi
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, 3rd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Archline Construction Group, Inc.**
c/o Andrew S. Yi
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$7,940.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Argos USA, LLC**
c/o Corporation Service Company, Inc.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$72,409.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, 2nd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Argos USA, LLC**
c/o Corporation Service Company, Inc.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$17,890.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, KYH project**

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.10** Nonpriority creditor's name and mailing address
**Berry's Concrete Pumping, LLC**
c/o Christopher W. Berry

Grady, AL 36036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai project**

Is the claim subject to offset? ■ No ☐ Yes

$3,924.25

---

**3.11** Nonpriority creditor's name and mailing address
**BlueLine Rental**

Auburn, AL 36832

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, KYH project**

Is the claim subject to offset? ■ No ☐ Yes

$1,181.91

---

**3.12** Nonpriority creditor's name and mailing address
**Building & Earth Sciences, Inc.**
c/o Deepa S. Bhate

Birmingham, AL 35210

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

$511.25

---

**3.13** Nonpriority creditor's name and mailing address
**Capital One, N.A.**
c/o Corporation Service Company, Inc.

Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **money loaned**

Is the claim subject to offset? ■ No ☐ Yes

$15,018.87

---

**3.14** Nonpriority creditor's name and mailing address
**Carmichael Engineering, Inc.**
c/o James S. Carmichael

Montgomery, AL 36117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, 1st AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

$6,741.00

---

**3.15** Nonpriority creditor's name and mailing address
**Carmichael Engineering, Inc.**
c/o James S. Carmichael

Montgomery, AL 36117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

$17,994.50

---

**3.16** Nonpriority creditor's name and mailing address
**Charter Bank**

West Point, GA 31833

Date(s) debt was incurred  **Feb. 2018**
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **overdraft of account**

Is the claim subject to offset? ■ No ☐ Yes

$445.12

---

Official Form 206 E/F
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Best Case Bankruptcy

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | | Case number (if known) | **18-80804** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,392.00** |
|---|---|---|---|

**Chatham Steel Corporation**
c/o CT Corporation System

Montgomery, AL 36104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __subcontractor, Hyundai projects__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,250.00** |
|---|---|---|---|

**Chris Clark Grading & Paving, Inc.**
c/o Chris Clark

Lanett, AL 36863

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __subcontractor, KYH project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Chris Clark Grading & Paving, Inc.**
c/o Chris Clark

Lanett, AL 36863

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __subcontractor, AJIN building projects__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,345.00** |
|---|---|---|---|

**Contract Hardware & Specialty Co.**

Columbus, GA 31908

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __items sold__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,083.62** |
|---|---|---|---|

**CraneWorks, Inc.**
c/o Steve Upton

Birmingham, AL 35203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __subcontractor, Hyundai projects__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**Edge Fire Protection, Inc.**
c/o CT Corporation System

Montgomery, AL 36104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,630.00** |
|---|---|---|---|

**Essence Electric, Inc.**
c/o Pilsoo Shin

Opelika, AL 36804

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __subcontractor, 2nd AJIN building project__

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Best Case Bankruptcy

Page 4 of 11

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | | Case number (if known) | **18-80804** |
|---|---|---|---|---|
| | Name | | | |

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Essence Electric, Inc.**
c/o Pilsoo Shin

Opelika, AL 36804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, 3rd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.42 |
|---|---|---|---|

**Fastenal Company, Inc.**
c/o Corporation Service Company, Inc.

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,062.23 |
|---|---|---|---|

**GB Tech Ga., Inc.**
c/o Auto Electronic America Corp.

Montgomery, AL 36117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, 2nd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,609.69 |
|---|---|---|---|

**Glovis Alabama, LLC**
c/o CSC Lawyers Incorporating Service

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Hana Factory Automation Corporation**

Opelika, AL 36801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.11 |
|---|---|---|---|

**Herc Rentals, Inc.**

Bonita Springs, FL 34134

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,040.73 |
|---|---|---|---|

**J&K Materials & Trucking, Inc.**
Karen M. Montz

Montgomery, AL 36109

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **CV-2017-901933 (Montgomery County)**

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address
**J. Sanchez Construction, LLC**

Lagrange, GA 30241

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __subcontractor, Hyundai projects__

Is the claim subject to offset? ■ No ☐ Yes

$18,144.00

---

**3.32** | Nonpriority creditor's name and mailing address
**JK Linguist, Inc.**

Duluth, GA 30097

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services rendered, KYH building project__

Is the claim subject to offset? ■ No ☐ Yes

$50,000.00

---

**3.33** | Nonpriority creditor's name and mailing address
**Joon, LLC**
**c/o Jae I. Jang**

Cusseta, AL 36852

Date(s) debt was incurred __November 2, 2017__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __cross-claim & interpleader action__
__CV-2017-900133 (Chambers County)__

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.34** | Nonpriority creditor's name and mailing address
**Kirkpatrick Concrete, Inc.**
**c/o Ken Morton**

Birmingham, AL 35209

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __successor in interest to Hodgson Concrete Company,__
__Inc., subcontractor, Hyundai projects__

Is the claim subject to offset? ■ No ☐ Yes

$33,564.33

---

**3.35** | Nonpriority creditor's name and mailing address
**Ko Yun & Hwang, LLP**

Auburn, AL 36830

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services rendered__

Is the claim subject to offset? ☐ No ■ Yes

$15,900.00

---

**3.36** | Nonpriority creditor's name and mailing address
**Koryo Steel Plus**

South Korea

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __subcontractor, Hyundai building project__

Is the claim subject to offset? ■ No ☐ Yes

$27,000.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Labor Finders of Tennessee, Inc.**
**c/o Registered Agent Solutions, Inc.**

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __subcontractor, KYH project__

Is the claim subject to offset? ■ No ☐ Yes

$2,773.43

---

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.38** Nonpriority creditor's name and mailing address
**Larry Prusiful**
**Mobile Welding & Custom Fabricating**
████████████████
Montgomery, AL 36108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **subcontractor, Hyundai project CV-2017-901563 (Montgomery County)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
**Lehigh Hanson Services, LLC**
**c/o Corporation Service Company, Inc.**
████████████████
Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$3,858.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
**Machine Construction Company, Inc.**
████████████████
Sharpsburg, GA 30277

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$33,344.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**McCoy Fire & Safety, Inc.**
████████████████
Notasulga, AL 36866

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$27,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, 2nd AJIN building project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**N-Gineers, LLC**
**c/o Sung H. Chung**
████████████████
Montgomery, AL 36116

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**Nargo, LLC**
████████████████
Lagrange, GA 30241

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$35,196.41**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **equipment transaction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**O'Neal Steel, Inc.**
**c/o Corporation Service Company, Inc.**
████████████████
Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$8,785.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No ☐ Yes

---

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address
Petranka Contracting, LLC
c/o Joe W. Petranka

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, 3rd AJIN building project**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,355.00**

---

**3.46** | Nonpriority creditor's name and mailing address
Piedmont Paving, Inc.

Newnan, GA 30263

Date(s) debt was incurred  **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **money loaned**

Is the claim subject to offset? ☐ No  ☐ Yes

**$60,000.00**

---

**3.47** | Nonpriority creditor's name and mailing address
Rushton, Stakely, Johnston & Garrett, PA
c/o J. Evans Bailey, Esq.

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Counsel of Record in CV-2017-900133 (Circuit Court of Chambers County, Ala.)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.48** | Nonpriority creditor's name and mailing address
SBY Enterprises, Inc.

Lagrange, GA 30241

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.49** | Nonpriority creditor's name and mailing address
Sherwin-Williams Company
c/o Corporation Service Company, Inc.

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, KYH project**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,848.47**

---

**3.50** | Nonpriority creditor's name and mailing address
Southway Crane & Rigging, LLC
c/o Jack Stahl

Opelika, AL 36801

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,958.63**

---

**3.51** | Nonpriority creditor's name and mailing address
Sunbelt Rentals, Inc.
c/o CT Corporation System

Montgomery, AL 36104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,281.42**

---

Case 18-80804   Doc 28   Filed 10/12/18   Entered 10/12/18 11:20:20   Desc Main
Document   Page 8 of 11

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address
**Taesan Global, LLC**
c/o Dong K. Park
━━━━━━━━━━
Valley, AL 36854

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **subcontractor, 2nd AJIN building project CV-2017-900133 (Chambers County)**

Is the claim subject to offset? ■ No □ Yes

**$300,319.68**

---

**3.53** | Nonpriority creditor's name and mailing address
**Theory Construction Co.**
━━━━━━━━━━
Duluth, GA 30096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **subcontractor, Hyundai projects**

Is the claim subject to offset? ■ No □ Yes

**$27,000.00**

---

**3.54** | Nonpriority creditor's name and mailing address
**Theory Construction Co.**
━━━━━━━━━━
Duluth, GA 30096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **subcontractor, AJIN 2nd building project**

Is the claim subject to offset? ■ No □ Yes

**$15,000.00**

---

**3.55** | Nonpriority creditor's name and mailing address
**Top Notch Contracting, LLC**
━━━━━━━━━━
Suwanee, GA 30024

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **services rendered**

Is the claim subject to offset? ■ No □ Yes

**$2,000.00**

---

**3.56** | Nonpriority creditor's name and mailing address
**TTL, Inc.**
━━━━━━━━━━
Tuscaloosa, AL 35403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **services rendered (Hyundai)**

Is the claim subject to offset? ■ No □ Yes

**$975.00**

---

**3.57** | Nonpriority creditor's name and mailing address
**U.S. Bank, N.A.**
c/o CT Corporation System
━━━━━━━━━━
Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No □ Yes

**$25,431.29**

---

**3.58** | Nonpriority creditor's name and mailing address
**United Rentals (North America), Inc.**
c/o Corporation Service Company, inc.
━━━━━━━━━━
Montgomery, AL 36104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim: **subcontractor, KYH project**

Is the claim subject to offset? ■ No □ Yes

**$9,517.74**

---

DOCUMENT 2

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (If known) | **18-80804** |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,752.74** |
|---|---|---|---|

**United Rentals (North America), Inc.**
c/o Corporation Service Company, Inc.

Montgomery, AL 36104

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __subcontractor, Hyundai projects__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Archline Construction Group, Inc.**<br><br>Johns Creek, GA 30097 | Line **3.5**<br>☐ Not listed. Explain ___ | __ |
| 4.2 | **Archline Construction Group, Inc.**<br><br>Johns Creek, GA 30097 | Line **3.6**<br>☐ Not listed. Explain ___ | __ |
| 4.3 | **Archline Construction Group, Inc.**<br><br>Johns Creek, GA 30097 | Line **3.7**<br>☐ Not listed. Explain ___ | __ |
| 4.4 | **Bernard B. Carr, Esq.**<br>**Chambless, Math, & Carr, P.C.**<br><br>Montgomery, AL 36123-0759 | Line **3.30**<br>☐ Not listed. Explain ___ | __ |
| 4.5 | **Brian S. Kaplan, Esq.**<br><br>Atlanta, GA 30342 | Line **3.58**<br>☐ Not listed. Explain ___ | __ |
| 4.6 | **Brian S. Kaplan, Esq.**<br><br>Atlanta, GA 30342 | Line **3.59**<br>☐ Not listed. Explain ___ | __ |
| 4.7 | **Chad K. Reed, Esq.**<br>**Busch, Reed, Jones & Leeper, P.C.**<br><br>Marietta, GA 30064 | Line **3.8**<br>☐ Not listed. Explain ___ | __ |
| 4.8 | **Chad K. Reed, Esq.**<br>**Busch, Reed, Jones & Leeper, P.C.**<br><br>Marietta, GA 30064 | Line **3.9**<br>☐ Not listed. Explain ___ | __ |
| 4.9 | **David A. Garland, Esq.**<br>**Moore, Clark, DuVall & Rodgers, P.C.**<br><br>Albany, GA 31708 | Line **3.50**<br>☐ Not listed. Explain ___ | __ |

---

DOCUMENT 2

10/12/18 11:10AM

| Debtor | **Novan Construction, Inc.** | Case number (if known) | **18-80804** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.10  Edge Fire Protection, Inc.**<br>Pelham, AL 35124 | Line **3.22**<br>☐ Not listed. Explain ____ | — |
| **4.11  J. Lister Hubbard, Esq.**<br>**Capell & Howard, P.C.**<br>Montgomery, AL 36104 | Line **3.33**<br>☐ Not listed. Explain ____ | — |
| **4.12  Jeffrey G. Tickal, Esq.**<br>**Gullage & Tickal. LLP**<br>Opelika, AL 36801 | Line **3.52**<br>☐ Not listed. Explain ____ | — |
| **4.13  John Nick Pappanastos, Esq.**<br>Lady Lake, FL 32158 | Line **3.17**<br>☐ Not listed. Explain ____ | — |
| **4.14  Joseph H. Williams, Esq.**<br>**Williams & Williams, Inc.**<br>Louisville, KY 40205 | Line **3.17**<br>☐ Not listed. Explain ____ | — |
| **4.15  Scott T. McArdle, Esq.**<br>**McArdle & Whitman. P.C.**<br>Montgomery, AL 36104 | Line **3.38**<br>☐ Not listed. Explain ____ | — |
| **4.16  Sherman Industries, LLC**<br>Chicago, IL 60693 | Line **3.39**<br>☐ Not listed. Explain ____ | — |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 4,731.35 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,601,338.12 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,606,069.47 |



I.   ORIGINAL CONTRACT:   Original contract was in the amount of $1,370,000.00

| Invoices | Payment Received | Date |
|---|---|---|
| $300,000.00 | $300,000.00 | 4-19-17 |
| $274,000.00 | $274,000.00 | 6-20-17 |
| $248,000.00 | $173,600.00 | 7-21-17 |
| $274,000.00 | $74,400.00 | 8-17-17 |
| $274,000.00 | $100,000.00 | 8-31-17 |
| | $90,000.00 | 9-27-17 |
| TOTAL   $1,370,000.00 | $1,012,000.00 | |

II.   CHANGE ORDERS:   During the construction project Defendant requested revisions or extra work to be performed ("change orders") on four (4) occasions.

| Change Order Number | Total Cost | Payment Received |
|---|---|---|
| 1 | $302,779.47 | -0- |
| 2 | $434,509.00 | -0- |
| 3 | $65,169.50 | -0- |
| 4 | $46,371.36 | -0- |
| TOTAL | $848,829.33 | |

III.   SUMMARY OR REMAINING UNPAID BALANCE:

(a)   Original contract amount ................................. $1,370,000.00
(b)   Total of four (4) change orders ............................. $848,829.33
(c)   Total due Novan for construction .......................... $2,218,829.33
(d)   Total paid to date by defendant ........................... ($1,012,000.00)
(e)   Total remaining balance .................................. $1,206,829.33
(f)   Interest at Alabama statutory rate of 6% from
        October 31, 2017 when final payment was due
        to March 1, 2019 (per diem interest thereafter
        is $198.38)............................................. $96,215.68
(g)   TOTAL DUE AS OF MARCH 1, 2019*          $1,303,045.01

* Plus any consequential damages awarded by the court.