UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECIL M. TIPTON, JR., Chapter 7 Trustee of Novan Construction, Inc., ) ) ) ) Plaintiff, ) ) vs. ) ) HYUNDAI ENG AMERICA, INC., ) a California corporation ) ) Defendant. ) | CASE NO. 2:19-CV-843 |

RECEIVED
2019 OCT 31  P 4: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## HYUNDAI ENG AMERICA, INC.'S
## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Hyundai ENG America, Inc., Defendant in the above-captioned matter, and in accordance with General Order No. 3047 and M.D. Ala. LR 7.1, makes the following disclosure concerning parent companies, subsidiaries, partners, affiliates, or similar entities reportable:

| Reportable Entity | Relationship to Party |
|---|---|
| Hyundai Engineering Co., Ltd. | Parent |
| Hyundai Engineering Pakistan(Private) Limited | Affiliate |
| Galing Power & Energy Construction Co. Inc. | Affiliate |
| Hyundai Engineering Mexico, S. DE R.L. DE C.V. | Affiliate |
| Hyundai Engineering India Private Limited | Affiliate |
| Hyundai Engineering China Co., Ltd. | Affiliate |
| Hyundai Engineering China (Rizhao) FM Co., Ltd. | Affiliate |
| Hyundai Engineering Rus. L.L.C. | Affiliate |
| Hyundai Engineering Deutschland Gmbh | Affiliate |
| Hyundai Engineering Brasil Construtora E Gestao De Projetos Ltda. | Affiliate |
| Hyundai Engineering Insaat Turizm Sanayi Ve Ticaret Limited Sirketi | Affiliate |
| Hyundai Engineering Czech S.R.O. | Affiliate |
| Hyundai Engineering Slovakia S.R.O. | Affiliate |
| Pt. Hein Global Utama | Affiliate |
| Hyundai Engineering Malaysia Sdn Bhd | Affiliate |
| HEC India LLP | Affiliate |

DATED this the 31st day of October, 2019.

Respectfully submitted,

*[signature]*

Yurie Yeoul Bae (ASB-3264-J96L)
Richard L. DeWeese, Jr. (ASB-0448-K16H)
***Attorneys for Defendant***
***Hyundai ENG America, Inc.***

**OF COUNSEL:**

DEWEESE & BAE, LLC
8919 Seaton Pl.
Montgomery, AL 36116
Telephone: 334-239-7994
Email: yurie@deweesebae.com
       richard@deweesebae.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 31st day of October, 2019, the foregoing was presented to the Clerk of Court, and a true and correct copy has been furnished by U.S. First Class Mail for service upon the following counsel of record:

Charles N. Parnell, III
PARNELL & PARNELL, P.A.
Post Office Box 2189
Montgomery, AL 36102-2189
Telephone: 334-832-4200

Yure Yeoul Bae
OF COUNSEL